1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YESENIA C CAZAREZ,                    )  Case No.: 2:18-cv-04512-MRW
                                      )
        Plaintiff,                    )  ORDER AWARDING EQUAL
                                      )  ACCESS TO JUSTICE ACT
    vs.                               )  ATTORNEY FEES AND EXPENSES
                                      )  PURSUANT TO 28 U.S.C. § 2412(d)
ANDREW SAUL,                          )  AND COSTS PURSUANT TO 28
Commissioner of Social Security,      )  U.S.C. § 1920
                                      )
        Defendant                     )
                                      )
_____  )

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,000.00 as

authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

awarded subject to the terms of the Stipulation.

DATE: August 6, 2019

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-